1

2

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

| | |
|---|---|
| INDIAN RIVER CENTRAL SCHOOL DISTRICT, | CASE NO.: 4:24-cv-08459-YGR |
| Plaintiff, | |
| vs. | MDL NO.: 3047 |
| META PLATFORMS, INC. F/K/A/ FACEBOOK, INC., INSTAGRAM, LLC, FACEBOOK PAYMENT, INC., SICULUS, INC., FACEBOOK OPERATIONS, LLC, FACEBOOK HOLDING, LLC, META PAYMENTS INC., BYTEDANCE LTD., BYTEDANCE INC., TIKTOK LTD, TIKTOK LLC, TIKTOK INC., SNAP INC., GOOGLE LLC, AND YOUTUBE, LLC, | **PROOF OF SERVICE** |
| Defendants. | |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff by and through its undersigned counsel, hereby submits proof of service, attached as Exhibit A, pursuant to the Stipulated Implementation Order Governing Adoption of Master Complaint, as amended.

Dated this 7th  day of January, 2025.


/s/ Austin Brane
Austin Brane
Wagstaff & Cartmell LLP
4740 Grand Ave., Ste. 300
Kansas City, MO 64112
Phone: (816) 701-1100
Fax: (816) 531-2372
abrane@wcllp.com

ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE - 1

# EXHIBIT A

| Document Submission Summary Report<br>Social Media Adolescent Addiction<br>(11/18/24 to 12/15/24) | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MDLC ID** | **Plaintiff Name** | **Law Firm** | **Document Type** | **Document ID** | **Date Uploaded** | **Produced?** | **Date Produced** |
| 4704 | Indian River Central School District | Wagstaff & Cartmell, LLP | File-Stamped Short Form Complaint - School District/Government Entity | 44321 | 11/26/2024 | Yes | 11/26/2024 |
| 4704 | Indian River Central School District | Wagstaff & Cartmell, LLP | Civil Cover Sheet | 44322 | 11/26/2024 | Yes | 11/26/2024 |
| 4704 | Indian River Central School District | Wagstaff & Cartmell, LLP | Summons | 44455 | 11/27/2024 | Yes | 11/27/2024 |

© 2025 BrownGreer PLC